JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MUNOZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. (as successor in interest to COUNTRYWIDE BANK, N.A.), RECON TRUST COMPANY, N.A. (a wholly owned subsidiary of Bank of America, N.A.), and DOES 1 TO 50, inclusive,<br><br>　　　　Defendants. | Case No.  CV09-07044 CJC (AGRx)<br><br>Honorable Cormac J. Carney<br><br>[PROPOSED] JUDGMENT OF DISMISSAL |

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Pursuant to the Court's Order of March 2, 2010, granting the Motion to Dismiss Plaintiff Roberto Munoz's ("Plaintiff") First Amended Complaint against Defendants Bank of America, N.A. (as successor in interest to Countrywide Bank, FSB, f/k/a Countrywide Bank, N.A.) ("BANA") and ReconTrust Company, N.A. (collectively "Defendants"), Plaintiff was given twenty days leave to amend. Plaintiff has not amended his First Amended Complaint within the time allowed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against Defendants in Plaintiff's First Amended Complaint are DISMISSED WITH PREJUDICE.

SUCH JUDGMENT IS ENTERED.

Dated: March 25, 2010

_____
Honorable Cormac J. Carney

Respectfully Submitted,

**BRYAN CAVE LLP**

By: /s/ *Vanessa A. Sunshine*
Vanessa A. Sunshine
Attorneys for Defendants
BANK OF AMERICA, N.A. (as successor in interest to Countrywide Bank, FSB f/k/a Countrywide Bank, N.A.) and RECONTRUST COMPANY, N.A.

778189

2
[PROPOSED] JUDGMENT